**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6630

BRUCE ALLEN BUCKNER,

Plaintiff - Appellant,

v.

RHPD SERGEANT CASTRO, Police Sergeant; RHPD OFFICER KUNDE, Police Officer; RHPD OFFICER ROBIN GANDER, Police Officer; RHPD OFFICER ANDREW HEMS, Police Officer; RHPD OFFICER JERRY SANDERS, Police Officer,

Defendants - Appellees.

and

ROCK HILL POLICE DEPARTMENT, in their official capacity,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Terry L. Wooten, Senior District Judge. (0:20-cv-03253-TLW)

Submitted: October 13, 2022                    Decided: October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bruce Allen Buckner, Appellant Pro Se.  Joshua Paul Golson, David Leon Morrison, MORRISON LAW FIRM, LLC, Columbia, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Allen Buckner appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing his civil rights complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Buckner v. Sergeant Castro*, No. 0:20-cv-03253-TLW (D.S.C. May 9, 2022). We also deny Buckner's motions to clarify and vacate the order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*